UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN KEYS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN AIRLINES, INC., SKYWEST AIRLINES, INC., and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 19-cv-00439-JFW-JEM<br><br>**JUDGMENT** |

The Court, having GRANTED the Defendants' American Airlines, Inc. and SkyWest Airlines, Inc.'s Motion for Summary Judgment as to Plaintiff Stephen Keys' first cause of action for negligence, and second cause of action for negligent infliction of Emotional Distress, and having DISMISSED without prejudice plaintiff's third cause of action for public disclosure of private facts, and fourth cause of action for intentional infliction of emotional distress,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

　　1.　　Plaintiff Stephen Keys shall recover nothing from Defendants American Airlines, Inc. and SkyWest Airlines, Inc.;

　　2.　　Defendants American Airlines, Inc. and SkyWest Airlines, Inc. shall

have judgment in their favor on Plaintiff Stephen Keys' entire action; and

    3.    Defendants American Airlines, Inc. and SkyWest Airlines, Inc. shall recover from Plaintiff Stephen Keys its costs of suit in the sum of $_____.

**IT IS SO ORDERED.**

DATED: October 10, 2019

                                                      _____
                                                      Hon. John F. Walter
                                                      United States District Judge